FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

2008 NOV 10  PM 1: 43

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**UNITED STATES OF AMERICA**

v.                                                                    Case No. **2:08-cr-107-FtM-99DNF**

**DEAN LAWTHER**

---

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 27) entered November 6, 2008, to which the parties have waived the 10-day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count Two of the Indictment.

**Sentencing is scheduled for February 2, 2009 at 2:30 p.m. before the undersigned.**

**DONE and ORDERED** at Fort Myers, Florida, this ____ day of November, 2008.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record